UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICARDO LOPEZ,<br><br>Defendant. | Case No. 6:22-po-00347-HBK-1<br><br>DENYING DEFENDANT'S REQUEST FOR REMOTE APPEARANCE<br><br>(Doc. No. 16)<br><br>RESETTING WARRANT RECALL AND INITIAL APPEARANCE TO:<br>AUGUST 15, 2023 AT 1:00 PM |

On July 31, 2023, Defendant submitted a request for a video appearance for August 15, 2023, at 9:00 a.m. (Doc. No.16). Defendant states he lives in the Los Angeles Area and "it would be a long drive." (*Id*.).

Defendant is charged with five mandatory citations: E1166709 (, E1166708, E1166712, E1166711 and E1166710. (Doc. Nos. 1, 3, 4, 5, 6). Defendant failed to appear at his Initial Appearance previously scheduled for August 29, 2022. (Doc. No. 2). As a result, the Court issued an abstract and bench warrants. (Doc. Nos. 7-11). The Court liberally construes Defendant's request to include a request to reset this case for a warrant recall and initial appearance for August 15, 2023.

On a defendant's consent, video conferencing may be used to conduct initial appearances, arraignments, pleas, trials and sentencing for misdemeanor offenses. Fed. R. Crim. P. 10(c);

43(b)(2). While the Defendant is charged with a misdemeanor offense, he was issued multiple mandatory citations and previously failed to appear before this court without excuse. Thus, the court denies Defendant's request for a video appearance but will grant the request to the extent it will reset this matter for a warrant recall and initial appearance. If Defendant fails to appear for the reset hearing, the abreact and bench warrants will remain outstanding.

Accordingly, it is **ORDERED**:

1. Defendant's request to appear via video conference (Doc. No. 16) is DENIED.
2. The Court resets this case for a warrant recall and initial appearance for **Tuesday, August 15, 2023 at 1:00 PM. at the United States Courthouse in Yosemite.**

Dated:    August 2, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE